JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| TIMOTHY JEAN ROBERTS,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>　　Defendant. | No. 2:22-cv-06763-ADS<br><br>**JUDGMENT** |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: 7/27/2023　　　　　　　　　　　/s/ Autumn D. Spaeth
　　　　　　　　　　　　　　　　HON. AUTUMN D. SPAETH
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE